1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFF LAMONTE SIGLER,                       No. 2:24-cv-01840-DC-AC (HC)

12                      Petitioner,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14   JOSH PRUDHEL,
                                                (Doc. No. 15)
15                      Respondent.

16

17          Petitioner Jeff Lamonte Sigler, a state prisoner proceeding *pro se* and *in forma pauperis*,

18   filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20   302.

21          On January 15, 2025, the magistrate judge filed findings and recommendations herein,

22   which were served on all parties and contained notice to all parties that any objections to the

23   findings and recommendations were to be filed within twenty-one (21) days. (Doc. No. 15.) On

24   February 4, 2025, Petitioner filed timely objections to the findings and recommendations.[1] (Doc.

25   No. 16.) The court reviewed Petitioner's objections and finds they do not provide a basis upon

26

27   _____
     [1] The Clerk of the Court filed the objections on Petitioner's behalf on February 10, 2025. (Doc.
     No. 16.) Petitioner signed the filing on February 4, 2025, and pursuant to the prisoner mailbox
28   rule, that is the effective date of filing. *Houston v. Lack*, 487 U.S. 266, 276 (1988).

                                                   1

1  which to reject the findings and recommendations.

2          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

3  court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

4  court finds the findings and recommendations to be supported by the record and by proper

5  analysis.

6          Having found that Petitioner is not entitled to habeas relief, the court now turns to whether

7  a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no

8  absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed

9  only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. §

10  2253. If a court denies a habeas petition on the merits, the court may issue a certificate of

11  appealability only if "jurists of reason could disagree with the district court's resolution of [the

12  petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate

13  to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327 (citing *Slack v.*

14  *McDaniel*, 529 U.S. 473, 484 (2000)). The petitioner is not required to prove the merits of his

15  case, but he must demonstrate "something more than the absence of frivolity or the existence of

16  mere good faith on his or her part." *Miller-El*, 537 U.S. at 328 (quoting *Barefoot v. Estelle*, 463

17  U.S. 880, 893 (1983)) (internal quotation marks omitted). Additionally, when the court denies

18  habeas relief on procedural grounds without reaching an underlying constitutional claim, a court

19  should issue a certificate of appealability if "jurists of reason would find it debatable whether the

20  petition states a valid claim of the denial of a constitutional right and that jurists of reason would

21  find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at

22  484.

23          In the present case, the court concludes that reasonable jurists would not find the court's

24  determination that the petition should be denied to be debatable or wrong, or that the issues

25  presented are deserving of encouragement to proceed further. Thus, the court declines to issue a

26  certificate of appealability.

27          Accordingly, IT IS HEREBY ORDERED that:

28          1.      The findings and recommendations filed on January 15, 2025 (Doc. No. 15) are

2

1          ADOPTED in full;

2      2.      The petition for writ of habeas corpus (Doc. No. 1) is DENIED;

3      3.      The court declines to issue a certificate of appealability; and

4      4.      The Clerk of the Court is directed to close this case.

5

6

7      IT IS SO ORDERED.

8  Dated:    **December 31, 2025**

       Dena Coggins
9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28